UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

OLIVIER LOUIS & SHANTEL WILSON,

Plaintiffs.

**CERTIFICATE OF DEFAULT**

22-cv-7690-RPK-CLP

- against -

THE CITY OF NEW YORK, POLICE OFFICER SHERPA TSHERING, SHIELD # 12950, JOHN/JANE DOE POLICE OFFICERS # 1-10, FRANK E. SPAULDINGBEY & MACCABEE 1 REALTY,

Defendants.

----------------------------------------------------------------------X

I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant MACCABEE 1 REALTY has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant MACCABEE 1 REALTY is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
September 26, 2023

BRENNA B. MAHONEY, Clerk of Court

By: Jalitza Poveda
Deputy Clerk