Q. But I guess at that point you did not have the laptop anymore?
A. No.
Q. And then what happened next?
A. I was in the bathroom. I went in the bathroom because I couldn't see.
Q. I guess after the laptop was retrieved did Mr. Spauldingbey leave the apartment?
A. Yes.
Q. And then what's the next thing you did after he left?
A. I was trying to see, wash my face.
Q. And I guess why was that? Did you have something on your face?
A. Yes, blood. My blood.
Q. And what injuries did you have at that time?
A. Well, I had a hole in my mouth, and my right eye was kind of, like, blood shot and punctured, so I couldn't really see. I still have problems now.
My back and side was hurting a lot, but it was mostly my face really painful.
Q. And when you went to wash into the bathroom, what happened to Ms. Wilson? What did she do?
A. Well, she came inside. She was inside with me trying to help me wash off.

A. They shackled me to the hospital bed.
Q. And were you treated?
A. Not for awhile.
Q. Do you know how long until you were treated?
A. An hour.
Q. And what happened then?
A. Well, they brought me back. They gave me some stitches. I had to wait again. They gave me a flu shot, which I didn't ask for and I didn't want. And they shackled me to the chair and I had to wait.
Q. Where did they give you stitches?
A. On my eye and my lip.
Q. And are those the doctors at the hospital?
A. Yes.
Q. Do you know how many stitches you received?
A. I can't recall.
Q. Other than giving you stitches for your eye and your lip, did they give you any other treatment?
A. A flu shot I didn't want.
Q. And that was the doctors or the hospital staff who did that?
A. Yes.
Q. Do you know why they did that?
A. No.
Q. Did they say anything about that?

you described. So what injuries did you suffer on May 1, 2022?

A. My eye, my lip, my back, shoulder.

Q. I'm going to go into them, each individually, but were there any other injuries that you had?

A. I can't recall, no.

Q. Who caused those injuries?

A. Frank.

Q. And I want to talk to you about treatment after that day. Did you ever go back to the hospital?

A. Yes.

Q. What hospital did you go back to?

A. Interfaith.

Q. How many times did you go back to Interfaith hospital?

A. I would say two more times.

Q. What treatment did you receive those two other times?

A. I had my back looked at and my stitches removed.

Q. When they looked at your back, was any other injuries observed?

A. I can't recall.

Q. Are you still suffering injuries from this incident?

A. Well, my eye.

Q. And what's the injury with your eye?
A. Blurred vision time to time, teary eyes uncontrollable.
Q. Did you ever suffer that before?
A. No.
Q. And what caused the eye injury?
A. I was told that something ruptured. There was a hard hit.
Q. I'm sorry. I guess what action from May 1, 2020 caused you to injure your eye?
A. The punch from Frank.
Q. And is there anything that you can't do now that you could do before the incident?
A. Well, with my lip it's very hard for me to really chew some food without biting into it. And, you know, it's really it drips now, and my eye, the uncontrollable tears, and I can't really see because of the blur.
Q. And your lip injury, is that from being struck by Mr. Spauldingbey?
A. Yes.
Q. Are you complaining of any emotional injuries related to this incident?
A. Yes.
Q. And can you describe the emotional injuries?
A. Well, I mean, it's like being assaulted by a

stranger in your home. It's like, you know, you fail to protect your girlfriend, you fail to protect yourself, you know.

So it's like really damaging. You can't trust really the cops anymore. Like, they were supposed to be the one to help me. They were supposed to do a full investigation before they put anybody in handcuffs.

It just made me seem like because someone looks different from somebody else or someone looks older than somebody else, it makes them seem like I'm the easier target.

Q. And did you have those feelings before this incident?

A. No.

Q. And did you ever seek treatment for your emotional injuries?

A. No.

Q. And have your emotional injuries gotten better or worse over time?

A. I would say -- to be honest, it's still there. Because I don't really -- who do I trust, really?

Q. And have you spoken to anybody about those injuries?

A. Yeah.

Q. Who have you spoken with?