door for him. He proceeded to go to the precinct. He started to walk up the stairs to go to the precinct.

Q. Did you see him do that?
A. Yes.
Q. And where were you?
A. I was standing by the door.
Q. By the apartment door?
A. By the apartment door.
Q. And where was Mr. Spauldingbey?
A. He was standing at the top of the stairs.
Q. And did you say anything to Mr. Spauldingbey?
A. No.
Q. Did Mr. Louis?
A. Yes.
Q. What did he say?
A. What's going on?
Q. What?
A. Like --
Q. Was there any response?
A. He just said he kept saying call the police.
Q. When you say he, who are you referencing?
A. Frank.
Q. And what was the next thing you observed?
A. Frank punched my boyfriend in the face.
Q. Where was Frank and where was Mr. Louis when that

A. His bag was at the top of the stairs.
Q. Was it on his back or on the ground?
A. It was on the ground.
Q. Why did he take the bag?
A. Because we knew that Frank was going to try to leave the building after just attacking my boyfriend.
Q. Why did you think he was going to leave the building?
A. Because he was actively trying to leave. He was trying to grab his things and leave.
Q. Did you ever attempt to -- okay. So then what happened next?
A. After Oliver Louis grabbed his bag, I was in the staircase in the middle of the first stairwell. Oliver Louis passed me going downstairs to the basement and Frank then proceeded to push me down the stairs.
Q. Before that, had you said anything to him?
A. No.
Q. What happened next?
A. The neighbor from upstairs came downstairs to see if I was doing okay, and he also attacked the neighbor from upstairs and attacked Oliver to get to his bag.
Q. So just so clarify, you said Mr. Spauldingbey pushed you. Where did he make contact with you? Where on your body?

A. In my chest.
Q. And what happened after you were pushed?
A. I fell back down the stairs where I hit my head and my back on the wall.
Q. And then what happened next?
A. He proceeded to try to attempt to get his bag and he punched me and then he went to get the bag from Oliver.
Q. When you say proceeded to get the bag, where was the bag?
A. The bag was on the floor at the top of the stairs.
Q. I'm kind of confused about the positioning. When you said Mr. Louis took the bag, he brought it to the top of the stairs?
A. Oh, I'm sorry. He brought it down the stairs to the apartment trying to (inaudble) the apartment. It started at the top of the stairs.
Q. And then you mentioned that you then went up the stairs?
A. After what?
Q. I'm trying to figure out Mr. Louis goes down the stairs. He is now at the bottom. Where is Mr. Spauldingbey, at the top of the stairs?
A. Yes, at the stop of the stairs.
Q. And where are you?

A. I'm in the middle of the staircase.
Q. And them you mentioned Mr. Spauldingbey comes down the stairs?
A. Yes.
Q. And that's when you were pushed?
A. Yes.
Q. And then what happened next?
A. What happened next was that he hit me in my face and then went to go attempt to get his bag from Oliver.
Q. When you were punched, were you on the ground after being pushed or had you gotten up?
A. I had gotten up.
Q. And when you got up, where were you?
A. I was in between the first and second stairs.
Q. After you got up, what did you do?
A. I was standing. I was standing there.
Q. Did you say anything?
A. I said ow. I was crying.
Q. Prior to being pushed, did you put your hands on Mr. Spauldingbey in any way?
A. I tried to pull Mr. Spauldingbey's hand or arms off of my boyfriend, Oliver.
Q. And when was that?
A. When he had on Oliver on the floor in the bear hug.

bathroom. Did the police eventually arrive?
A. I didn't see when the police arrived.
Q. What were you doing?
A. I was still in the apartment trying to get fully dressed.
Q. Were you injured?
A. Yes.
Q. What type of injuries did you suffer?
A. I received a cut on my foot, a bruise on my face and I had back pain.
Q. I want to go through that. The bruise on your face, what caused that?
A. Caused from Frank.
Q. The punch?
A. Yes.
Q. And then -- sorry, excuse me. Injuries to the back, what caused that?
A. From the push down the stairs.
Q. How about your foot? What about the cut on the foot from?
A. I was barefoot and we have wood floors and from being pushed down the stairs.
Q. What part of your foot had a cut on it?
A. It was my left, near my toe.
Q. Like, was it bleeding?

building at any time.

Q. I want to go through the injuries you mentioned relating to why you do not go out late at night. What do you think caused that injury?

A. Can you repeat?

Q. You said you do not go out by yourself late at night. Is that a feeling that you had after this incident?

A. Yes.

Q. It started after this incident that you did not have those feelings before?

A. I didn't have those feelings before.

Q. And what part of this incident caused that feeling?

A. The part is that Frank is able to come in and he knows the address and he knows when he is able to come any time that he feels that he wants.

Q. I guess what I'm getting at, what injuries emotionally do you attribute to Frank and which parts do you attribute to the police?

A. I attribute the punch to the face to that injury to Frank because I have no idea what he is capable of. And I don't trust of the police officers because they treated me as if I was a criminal and they did not do a full investigation. They cut me off during my explanation.

Q. And then so just to be clear, the injuries that