F. SPAULDINGBEY

**a property management company. He's a real estate broker. In New York State landlord tenant issues especially coming out of Covid were held up. It could be costly. It could be timely, so he saw this as a way of saying, you know what? Maybe I could mitigate those expenses, have these conversations, see if maybe I could get the timely payments or help transition them into another opportunity for living, but I believe on the back end he was conducting, you know, summons and complaints for landlord tenant evictions through landlord tenant court in Brooklyn Kings County.**

Q. Then why did he need you?

**A. Because here again, it's a long arduous costly process especially coming out of Covid. There was a backlog.**

Q. He wanted you to expedite the payment of rent and the eviction of non paying tenants. Is that fair to say?

**A. No. What is fair to say is he wanted to see if perhaps here again somebody that resembles your clients from a**

F. SPAULDINGBEY

nationalistic standpoint can build a rapport with them and help them to really come to terms with do they want to pay or would they like to transition out, you know, or if they make certain repairs would motivate them to pay. I was never in a position to tell anybody, listen. You're out of here in 30 days and if you're not out of here in 30 days then you're going to be forcibly moved from here.

Q. Going back, would you still have done these things Danny asked you knowing what you know now?

A. Probably not because, you know what? If I knew that, you know, it would have gotten to this point and if I had known that I would be attached to a lawsuit that he didn't even answer to I wouldn't because this has really been a disruption to me. It was even a disruption to my security guard license at the time. Even being here right now is taking time away from something else I could be doing. I'm here again because I knew Danny. I had a

F. SPAULDINGBEY

**A. That was never a matter that was brought to the court.**

Q. Now, did you take the ACD because you were guilty?

**A. No. I took the ACD because I needed to get my security license.**

Q. Were there any fines or surcharges you had to pay in addition when you took the ACD?

**A. No.**

Q. You complied with the terms and then did you have to go back to court in six months or no?

**A. No.**

Q. Did you have an assigned attorney for the legal aid when you did that case?

**A. I did.**

Q. You didn't have to pay any legal fees for an attorney at that point?

**A. No.**

Q. Now, after the incident of May 1, 2022, did you get any medical treatment?

**A. No.**

**F. SPAULDINGBEY**

Q. No hospital, no doctor, no nothing?

**A. No.**

Q. Did you sustain any injuries in the May 1, 2022 incident?

**A. Your client headbutted me and opened me up. I bled, you know. When I was in the precinct the EMS came and visit me and they said nothing is broken. I took an ice pack. They wanted to know if I wanted to go with an ambulance. I said, no. I'm good.**

Q. Did you feel any pain?

**A. Maybe for a couple weeks after, you know. I was aware of the fact that I was headbutted but eventually it healed.**

Q. I'm talking about the feeling of pain. Did you feel pain?

**A. Did I feel pain?**

Q. Pain.

**A. You mean emotional pain?**

Q. Physical pain from the alleged incident that you're talking about. Did you ever feel pain?

F. SPAULDINGBEY

**A. I don't lift weights. If anything, I'll do push ups. I'll do pull ups. My weightlifting days are done. I'm 52 years old.**

Q. Back in 2022, could you lift a 50 pound box?

**A. I could.**

Q. Could you lift 100 pound box?

**A. I mean with a little effort yes.**

Q. In other words, if you were to be in a fight with someone and use any part of your body, based on your feeling of how strong you are, do you think you could do damage to someone if you hit them?

**A. I mean if you're working out every day and you're training for something like that you could, you know. I'm not a professional boxer. I'm not in the gym training every day.**

Q. If you were to take a swing at someone there would be force behind it?

**A. I would hope so at 260 pounds.**

Q. Did you tell the police in the

F. SPAULDINGBEY

precinct that you took the first strike on Oliver Louis?

**A. As he was coming towards me I did.**

Q. Now, when he was coming towards you was he walking up stairs?

**A. Yes, he was.**

Q. Were you standing at the top of the stairs?

**A. Yes, I was.**

Q. Why did you take the first strike on him?

**A. Because he was at the landing of the stairs when I came back into the building. He said, Frank. Yeah, what's up? What's up? What's up? At that point for me there's no conversation. I took off my hat. I took off my glasses. I stood my ground at the top of the stairs. He proceeded up. So in my mind I said if he's coming up he wants to have a fight and when he came up to me that's when I punched him.**

Q. Now, going to Shantel Wilson, she lived in 1605 Bergen street the

F. SPAULDINGBEY

basement with Oliver Louis?

**A. Yes, sure.**

Q. Do you know if that's Oliver's girlfriend?

**A. I guess. Whatever their relationship is.**

Q. During the scuffle, did you use any physical force against Shantel Wilson?

**A. Yes. I punched her in her face.**

Q. Did you throw anyone down the stairs or push anyone down the stairs?

**A. No. That never happened.**

Q. Now, once the fighting was over, did you walk away? What happened next?

**A. I grabbed my book bag and I proceeded to the precinct because the people upstairs, everybody was saying call the police, so I said let me go to the police department on my own.**

Q. Were there any dogs in any apartments that people were using to threaten you or anything like that?