UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OLIVER LOUIS; SHANTEL WILSON,

                *Plaintiffs*,

– against –

THE CITY OF NEW YORK; SHERPA TSHERING, *Police Officer, Shield # 12950*; FRANK E SPAULDING-BEY; MACCABEE 1 REALTY,

                *Defendants*.

**MEMORANDUM & ORDER**
22-cv-07690 (NCM) (CLP)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated January 25, 2025, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. ECF No. 62. No objections have been filed.

The Court reviews "*de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, the Court finds no clear error. Accordingly, Judge Pollak's R&R is fully adopted as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Plaintiffs' motion for default judgment against defendant Maccabee 1 Realty,

1

ECF No. 31, is **DENIED** without prejudice and with leave to renew in accordance with Local Civil Rule 7.1(a) after plaintiffs' claims against all other defendants have been resolved. In the alternative, plaintiffs may file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a) as to defendant Maccabee 1 Realty by March 31, 2025.

    **SO ORDERED.**

                                                                                                                                _/s/ Natasha C. Merle_
                                                                                                                                NATASHA C. MERLE
                                                                                                                                United States District Judge

Dated:        February 20, 2025
                Brooklyn, New York